IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRIS JERRY HACKBART,
FAYE A. HACKBART and
RUSSELL JAY GOULD,                     JUDGMENT IN A CIVIL CASE

      Plaintiffs,                                        12-cv-568-bbc

v.

ASSOCIATED BANK,
COLUMBIA COUNTY CIRCUIT COURT,
JOHN A. CRAVENS, LAURA KOTTKE and
MALLERY ZIMMERMAN S.C.,

      Defendants.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of subject matter jurisdiction.

_Peter Oppeneer_                          10/11/12
Peter Oppeneer, Clerk of Court             Date